MN, ND-305
(5/94)

19 0836
SN
Rung
5/27/10

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MINNESOTA

### Unclaimed Dividends/Distribution Less Than $5 for Deposit to Registry Fund

Debtor: Mary Ellen Scott

Chapter 7 Case No. 07-41417

Please Check One:

_____ Unclaimed Dividends

__✓__ Distribution Less Than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| US Bank, N.A.<br>P.O. Box 5229<br>Cincinnati, OH 45201-5229 | 9 | 134.32 | .72 |
| NSP d/b/a Xcel Energy<br>1518 Chestnut Avenue N.<br>Minneapolis, MN 55403 | 12 | 461.66 | 2.47 |

3.19

Dated: May __/__, 2010

_____
Randall L. Seaver, Trustee

C:\Data\randy\Trustee-Mpls\Scott\Unclaimed Dividends Distribution Less than $5.wpd